# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTHUR JOSEPH BREWER, | )<br>) |
| Petitioner, | )    2:11-cv-01734-JCM-VCF<br>) |
| vs. | )    **ORDER**<br>) |
| BRIAN E. WILLIAMS, SR., *et al.*, | )<br>) |
| Respondents. | ) |

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee.  Petitioner shall be sent a motion for leave to proceed *in forma pauperis* form, should he wish to apply for pauper status, and alternatively given an opportunity to pay the requisite filing fee.

**IT IS THEREFORE ORDERED** that the **clerk shall** send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor.  Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*.  Alternatively, petitioner shall have **thirty (30) days** from the date of

1  entry of this order within which to have prison officials deduct from his prison account and send to
2  the clerk of court the full $5.00 filing fee.  Failure to do so may result in the dismissal of this action.

        Dated this  7th   day of December, 2011.

                                                                  _____
                                                                  UNITED STATES DISTRICT JUDGE