UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ARTHUR JOSEPH BREWER, | ) | |
| Petitioner, | ) | 2:11-cv-01734-JCM-VCF |
| vs. | ) | **ORDER** |
| BRIAN E. WILLIAMS, SR., *et al.*, | ) | |
| Respondents. | ) | |

Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. On December 7, 2011, the court ordered petitioner to file either a motion for leave to proceed *in forma pauperis* or the $5.00 filing fee within thirty days.

Petitioner has failed to comply with the court's order. Therefore, the court will grant petitioner one final opportunity to file either a motion for leave to proceed *in forma pauperis* or the $5.00 filing fee. Petitioner is expressly warned that his failure to comply with this order may result in dismissal of this action.

1  **IT IS THEREFORE ORDERED** that the **clerk shall** send to petitioner a new motion for leave to proceed *in forma pauperis* form and instructions therefor.  Petitioner shall have **thirty (30) days** from the date of entry of this order within which to file a motion for leave to proceed *in forma pauperis*.  Alternatively, petitioner shall have **thirty (30) days** from the date of entry of this order within which to have prison officials deduct from his prison account and send to the clerk of court the full $5.00 filing fee.  Failure to do so may result in the dismissal of this action.

Dated this 9th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE

2