# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ARTHUR JOSEPH BREWER, )
 )
      Petitioner, ) 2:11-cv-01734-JCM-VCF
 )
vs. ) **ORDER**
 )
BRIAN E. WILLIAMS, SR., *et al.*, )
 )
      Respondents. )
_____/

      Petitioner has submitted a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, but he has failed to simultaneously submit either a motion for leave to proceed *in forma pauperis* or payment of the $5.00 filing fee. On December 7, 2011, the court ordered petitioner to file either a motion for leave to proceed *in forma pauperis* or the $5.00 filing fee within thirty days.

      Petitioner has failed to comply with the court's order. Therefore, the court will grant petitioner one final opportunity to file either a motion for leave to proceed *in forma pauperis* or the $5.00 filing fee. Petitioner is expressly warned that his failure to comply with this order may result in dismissal of this action.

1   **IT IS THEREFORE ORDERED** that the **clerk shall** send to petitioner a new
2   motion for leave to proceed *in forma pauperis* form and instructions therefor.  Petitioner shall have
3   **thirty (30) days** from the date of entry of this order within which to file a motion for leave to
4   proceed *in forma pauperis*.  Alternatively, petitioner shall have **thirty (30) days** from the date of
5   entry of this order within which to have prison officials deduct from his prison account and send to
6   the clerk of court the full $5.00 filing fee.  Failure to do so may result in the dismissal of this action.

    Dated this 9th day of February, 2012.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

2